IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON MCNAIR,

    Plaintiff,

v.                                      Case No. 1:20-cv-19-AW-GRJ

DIXIE COUNTY CIRCUIT COURT,
and THE STATE OF FLORIDA,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 17, 2020 Report and Recommendation. ECF No. 8. No objections have been filed. And it appears that the Plaintiff is no longer in custody. ECF No. 5.

I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute."

3. The clerk will close the file.

SO ORDERED on April 17, 2020.

                                            s/ *Allen Winsor*
                                            United States District Judge